**Order entered February 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01333-CV

**ROUGH CREEK MANAGEMENT, L.L.C.,
CARY PLATT, AND PAUL BOCCAFOGLI, Appellants**

**V.**

**DONNA WEISS, INDIVIDUALLY, AND
AS NEXT FRIEND OF JORDAN WEISS, A MINOR CHILD, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-05554**

## ORDER

Before the Court is appellee Donna Weiss's February 19, 2014 motion for release of the oral argument audiotape. Appellants Rough Creek Management, L.L.C., Cary Platt, and Paul Boccafogli do not oppose the motion.

The Court **DENIES** appellee's February 19, 2014 motion for release of the oral argument audiotape.

/s/    DOUGLAS S. LANG
        JUSTICE